# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMEREO D. ROSS, INC., | ) | 1:08cv01098 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF ACTION |
| v. | ) | |
| JOHN E. POTTER, et al., | ) | (Document 9) |
| | ) | |
| Defendants. | ) ) | |

On February 9, 2009, the Magistrate Judge issued Findings and Recommendation that this action be DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 9, 2009, is ADOPTED IN FULL;

2.     This action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:     February 25, 2009**                         **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE

2